269 So.2d 184

In re Huey R. LEE

v.

STATE of Alabama.

Ex parte Huey R. Lee.

S. C. 123.

Supreme Court of Alabama.

Nov. 9, 1972.

Rehearing Denied Nov. 30, 1972.

598

---◆---

Huey R. Lee, pro se.

No brief filed for the State.

SOMERVILLE, Justice.

This is a petition for a writ of certiorari to review the action of the Court of Criminal Appeals in denying the application of petitioner for an original writ of habeas corpus (filed in this court on June 20, 1972 and transferred to the Court of Criminal Appeals) and in denying petitioner's application for a rehearing. Petitioner has also requested the Chief Justice to afford him the assistance of legal counsel.

We have carefully read the petition and supporting brief and note that petitioner raises no questions or issues not heretofore raised and adjudicated in numerous prior legal proceedings.[1] Accordingly we hold that aside from procedural matters the petition is without merit, and that the appointment of counsel would serve no useful purpose and be of no benefit to petitioner.

Petition denied.

HEFLIN, C. J., and MERRILL, COLEMAN, HARWOOD, BLOODWORTH and MADDOX, JJ., concur.

[1.] State:
Lee v. State (1944), 246 Ala. 343, 20 So. 2d 471;
Ex Parte: Lee (1946), 248 Ala. 246, 27 So.2d 147;
Lee v. State (1949), 35 Ala.App. 38, 44 So.2d 606; cert. den. (1950), 253 Ala. 424, 44 So.2d 607;
Lee v. Lee (1964), 276 Ala. 206, 160 So. 2d 490.
Federal:
Lee v. Ala. (1945), 325 U.S. 888, 65 S.Ct. 1576, 89 L.Ed. 2002—cert. den.;
Lee v. Ala. (1947), 329 U.S. 808, 67 S.Ct. 621, 91 L.Ed. 690;

Lee v. Ala. (1966), 5 Cir., 364 F.2d 945, rehearing den.;
Lee v. Ala. (1967), 5 Cir., 373 F.2d 82;
Lee v. Burford, D.C., 156 F.Supp. 480;
Lee v. Wiman (1960), 5 Cir., 280 F. 2d 257;
Lee v. Ala., 5 Cir., 386 F.2d 97, on remand reversed and remanded;
Lee v. Ala., D.C., 291 F.Supp. 921; affirmed 5 Cir., 406 F.2d 466; cert. den. 395 U.S. 927, 89 S.Ct. 1787, 23 L.Ed.2d 246; rehearing den. 396 U.S. 871, 90 S.Ct. 44, 24 L.Ed.2d 129.